JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ASHLEY DAVIS, | ) | No. ED CV 11-02043-VBK |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED:  October 10, 2012  

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　VICTOR B. KENTON
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE